United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-1894

_____

John Jozaitis,                          *
                                        *
            Appellant,                  *
                                        *       Appeal from the United States
    v.                                  *       District Court for the
                                        *       District of Nebraska.
Fort Dearborn Life Insurance Company,   *          [UNPUBLISHED]
                                        *
            Appellee.                   *

_____

Submitted: July 1, 1997

Filed:   July 7, 1997

_____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

John Jozaitis appeals the district court's[1] judgment for defendant Fort Dearborn Life Insurance Company following a bench trial in his action brought under ERISA, 29 U.S.C. § 1132. Having carefully reviewed the parties' briefs and the record, we conclude that the district court did not err and that an extended opinion would have no precedential value. We decline to address the issues Jozaitis did not preserve below. See McKeel v. City of Pine Bluff, 73 F.3d 207, 211 (8th Cir. 1996). As to Jozaitis's

_____

[1]The Honorable William G. Cambridge, Chief Judge, United States District Court for the District of Nebraska.

allegations regarding his counsel's representation below, we note that a civil litigant has no constitutional right to effective assistance of counsel. <u>See</u> <u>Glick v. Henderson</u>, 855 F.2d 536, 541 (8th Cir. 1988). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.